UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 1:16-CR-19(3) |
| | § | |
| LAURIE LEE REVIS | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION ON MOTION TO STRIKE**

The Court referred this matter to United States Magistrate Judge Keith F. Giblin, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas. Pending before the Court is the United States' *Motion to Strike Third Party Petition of Joseph and Maria Lee* [Doc. No. 203] and the *pro se* claimants Joseph Lee's and Maria Lee's claim for seized assets [Doc. No. 201] filed in this criminal proceeding.

Judge Giblin held a hearing on the Government's motion and the *pro se* claimant's petition on October 11, 2016. The *pro se* claimants Joseph and Maria Lee received notice but failed to appear at the hearing. The magistrate judge then issued his report and recommendation in which he recommended that the Court grant the United States' motion to strike the *pro se* claimant's petition for seized assets.

The record shows that a copy of Judge Giblin's report was received by the *pro se* claimants via certified mail. To date, no party has filed objections to his recommended disposition.

The Court **ORDERS** that Judge Giblin's *Report and Recommendation on the United States' Motion to Strike Third Party Petition of Joseph and Maria Lee* [Doc. No. 209] is **ADOPTED**. The

-1-

Court further orders that based on the magistrate judge's recommendation, the United States' *Motion to Strike* [Doc. No. 203] is **GRANTED** and the *pro se* claimants Joseph Lee's and Maria Lee's claim for seized assets [Doc. No. 201] is **STRICKEN** from the docket for the reasons discussed in Judge Giblin's report.

**So Ordered and Signed**
**Nov 17, 2016**

Ron Clark, United States District Judge